Monday,
August 31st, 2015

Ronnie Anthony Bryant #01010349
John M. Wynne Unit: A4-03-10B
810 F.M. 2821
Huntsville, Texas 77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, Texas 78711

RE: Tr. Ct. No. 1338550

Dear Sir:

I am writing requesting to know the status of my (P.D.R.) Petition for Discretionary Review that was mailed on or about March 18, 2015. As of this day, I have not received a file-mark (White Card Notice).

Thanking you in advance and trusting to hear from you concerning this important matter of mutual concern, I remain

As always,

Ronnie Bryant

John M. Wynne Unit: A4-03-10B
810 F.M. 2821
Huntsville, Texas 77349

cc: file/RAB